```
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
--------------------------------------------------------x
GIUSEPPE D'ALESSANDRO
A 22-614-321
                        Petitioner,
     - against -


MICHAEL B. MUKASEY, United
States Attorney General, MICHAEL              No. 08-CV-914(RJA)(VEB)
CHERTOFF, Secretary of the Department
of Homeland Security, MARTIN HERRON,          ORDER
Assistant Field Office Director for the
Buffalo Federal Detention Facility for
United States Immigration and Customs
Enforcement, and all other persons exercising
direct legal custody over the Petitioner,

                        Respondents.
--------------------------------------------------------x
```

On March 25, 2009, Magistrate Judge Bianchini, after taking submissions and holding a hearing, issued a Decision and Order granting Petitioner Giuseppe D'Alessandro bail pending final adjudication of his writ of habeas corpus petition and ordering his release to supervision (the Decision and Order). The Decision and Order directed the release to occur no later than 5 p.m. on Monday, March 30, 2009, which was amended at the request of the Government to Thursday, April 2, 2009 by Magistrate Judge Bianchini. Accordingly, pursuant to the

Decision and Order as amended release is to occur no later than 5 p.m. April 2, 2009.

An application for an emergency stay of the Decision and Order having been brought by the Government on March 27, 2009, and after submissions and a hearing held on April 1, 2009, on that application, it is hereby Ordered that:

The application for a stay of the Decision and Order is Denied, and the Decision and Order is hereby Affirmed.

SO ORDERED.

s/ *Richard J. Arcara*
HONORABLE RICHARD J. ARCARA
CHIEF JUDGE
UNITED STATES DISTRICT COURT

DATED: March    , 2009